UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 13 CASE |
| Mark W Gavin<br>Renee S Gavin | CASE NO. 09-31078 |
| Debtor(s). | ORDER |

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc. its successors and/or assigns through its servicing agent US Bank N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated August 15, 2002, executed by Mark W Gavin and Renee S Gavin husband and wife, recorded on September 16, 2002, as Document No. 3534131, covering real estate located in Ramsey County, Minnesota, legally described as follows, to wit:

Lot 17 Block 2 Mapshire Park Plat 2 According to the recorded plat thereof Ramsey County Minnesota
And commonly known as 1721 Hampshire Avenue, St Paul, Minnesota 55116-2457

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: February 22, 2010

/e/ Dennis D. O'Brien
Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/22/2010*
Lori Vosejpka, Clerk, by DLR